UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | 04-1755-CBS |
| ) | |
| ANDRE PAGE, ET. AL. ) | |

**MOTION TO WITHDRAW**

    Undersigned counsel hereby moves to withdraw as attorney for the defendant. In support thereof, undersigned counsel states that Attorney William Keefe has filed an appearance to represent the defendant in the above captioned matter.

    /s/Andrew D'Angelo

Andrew M. D'Angelo
B.B.O. # 564200
CARNEY & BASSIL
20 Park Plaza, Ste. 1405
Boston, MA 02116
617-338-5566

Date:  June 29, 2004